UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF FLORIDA

Santa Rosa DIVISION

## CIVIL RIGHTS COMPLAINT FORM

### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Demetrie L. Dexter,

Inmate ID # S00166.
(Enter full name of Plaintiff)



Legal Mail Provided to Blackwater River Correctional and Rehabilitation Facility on 7-17-23 for mailing.

vs.

Case No.: 3:23cv 20449-LC-HTC
(To be assigned by Clerk)

Captain A. Burk,

Chief of Security J. Smith,

Warden G. English,

Officer Plamer,

Officer Larry,

Mental Health Department

Mr. N. Brandt - Counsel of Mental Health

Lieutenant

Medical for not documenting incident

GEO Group, Inc.

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

FILED USDC FLND PN
JUL 24 '23 AM 11:28   AR

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES**

I. **PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

| | |
|---|---|
| Name of plaintiff: | Demetriee Dexter |
| Inmate Number: | #S00166 |
| Prison or Jail: | Blackwater River Correctional Rehabilitation Facility |
| Mailing address: | 5914 Jeff Ates Road |
| | Milton, FL 32583 |

II. **DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: _____
   Official position: Lieutenant
   Employed at: Blackwater River Correctional Rehabilitation Facility
   Mailing address: 5914 Jeff Ates Road
   Milton, FL 32583

(2) Defendant's name: _____
   Official position: GEO Group, Inc.
   Employed at: Blackwater River Correctional Rehabilitation Facility
   Mailing address: 5914 Jeff Ates Road
   Milton, FL 32583

(3) Defendant's name: Medical Department
   Official position: Medical Department
   Employed at: Blackwater River Correctional Rehabilitation Facility
   Mailing address: 5914 Jeff Ates Road
   Milton, FL 32583

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

NOTE: THE COURT WILL NOT REVIEW THE MERITS OF THE COMPLAINT UNLESS THE FOLLOWING QUESTIONS HAVE BEEN ANSWERED REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES AND ANY PRIOR LAWSUITS THAT HAVE BEEN FILED.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff must submit copies of all grievances, appeals, and responses with this complaint to verify exhaustion. Failure to demonstrate exhaustion may be grounds for dismissal.

A. **DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?**

   Yes (✓)   No ( )

   [If your answer is NO, proceed to Question B. If your answer is YES, answer all of the following questions in this subsection.]

   1. **Information Grievance**

      a. Did you submit an informal grievance?

         Yes (✓)   No ( )

         ❖ If so, you must attach a copy of the grievance and response; exhibit __A__.

      b. In not, why? __INformal Grievance Log # 185-2305-0174__

   2. **Formal Grievance**

      a. Did you submit a formal grievance?

         Yes (✓)   No ( )

         ❖ If so, you must attach a copy of the grievance and response; exhibit __B__.

      b. In not, why? __Formal Grievance Log # 2306-185-090__

   3. **Appeal to the Office of the Secretary**

      a. Did you submit an appeal to the Office of the Secretary?

         Yes (✓)   No ( )

         ❖ If so, you must attach a copy of the appeal and response; exhibit __C__.

      b. In not, why? __Grievance of Appeal Log # 23-6-19-768__

   4. **Disciplinary Actions**

      a. Did you have a disciplinary hearing concerning this matter?

         Yes ( )   No (✓)

❖ If so, you must attach a copy of the disciplinary report and disciplinary hearing team's findings and decision to this form; exhibit __NO__.

b. Did you lose gaintime as a result of the disciplinary hearing?

   Yes ( )          No (✓)

c. Has the gaintime since been restored?

   Yes ( )          No (✓)

**B. DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY JAIL OR DETENTION CENTER?**

   Yes ( )          No (✓)

[If your answer is NO, proceed to Section IV of the complaint form.
If your answer is YES, answer the following questions.]

1. Is there a grievance procedure at your institution or jail?

   Yes (✓)          No ( )

[If your answer is NO, proceed to Section IV of the complaint form. If your Answer is YES, answer all of the following questions in this subsection.]

2. Did you submit a grievance concerning the facts relating to your complaint?

   Yes (✓)          No ( )

3. If your answer is YES:

   a. What steps did you take? __Informal Grievance__

   b. What were the results? __Denied Me# Log 185-2305-0174__

   ❖ If so, you must attach a copy of the grievance and response; exhibit __A__.

4. If your answer is NO< explain why not: __I Attach All copys of Response with this Civil Right complaint form__

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

IV. PREVIOUS LAWSUITS

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?

Yes ( )   No (✓)

1. Parties to previous action:
   a. Plaintiff(s): _No_
   b. Defendant(s): _____
2. Name of judge: _____ Case #: _____
3. County and judicial circuit: _____
4. Approximate filing date: _____
6. If not still pending, date of dismissal: _____
7. Reason for dismissal: _____
8. Facts and claims of case: _____

**(Attach additional pages as necessary to list other state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes ( )   No (✓)

1. Parties to previous action:
   a. Plaintiff(s): _No_
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (besides those listed above in Questions (A) and (B)) in **either state or federal court** that related to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil

rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes (✓)          No ( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:

    a.   Plaintiff(s): _____

    b.   Defendant(s): _____

2. District and judicial division: _____

3. Name of judge: _____

4. Approximate filing date: _____

5. If not still pending, date of dismissal: _____

6. Reason for dismissal: _____

7. Facts and claims of case: _____

    _____

   **(Attach additional pages as necessary to list cases.)**

D.  Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes ( )          No (✓)

1. Parties to previous action:

    a.   Plaintiff(s): _____ No _____

    b.   Defendant(s): _____

2. District and judicial division: _____

3. Name of judge: _____ Case Docket #: _____

4. Approximate filing date: _____ Dismissal date: _____

5. Reason for dismissal: _____

6. Facts and claims of case: _____

    _____

   **(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dated, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

I'm suing Captain A. Burk and Chief of Security J. Smith, and Warden, G. English for authorizing to have Demetriee L. Dexter #S00166 to be put on strip for three days from 5/25/23 until 5/28/23. I was forced to sleep on a steel bunk for three days in nothing but boxer shorts. Dexter's Tenth Amendment rights have been violated under cruel and inhumane punishment. Officer Plamer and Officer Larry are being sued for spraying Dexter with chemical agent and providing Dexter no medical attention. The Mental Health Department and Staff, Mr. N. Brandt, for not documenting the incident and not getting Dexter the help he needed. Medical Department is being sued for not giving Demetriee Dexter any medical treatment and for not reporting the incident when Dexter got sprayed with chemical agent. GEO Group, Inc. is being sued because they're responsible for the employees and the Lieutenant's actions at work.

The camera will show on 5/25/2023, time from 1:00pm to 2:13pm, all statements of facts

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Captain - A. Burke

Chief of Security - J. Smith

Warden G. English

Authorizes for Demetriee L. Dexter, S00166 to be put on strip, for no reason!

Claim One: On 5/25/23, at 1:00p.m., when Demetriee L. Dexter, DC#S00166 asked Officer Larry why he was being put on strip, Officer Larry stated, "Because of your bunky Terry Lang, DC#185131, cutting his self, in front of the mental health counselor, Mr. N. Brandt, you need to start taking his trays, Demetriee L. Dexter D.C. # S00166 call the camera as his witness, From 1:00pm to 2:13pm. The camera will show Dexter being taken out of the shower by Officer Plamer. Officer Plamer is taken all of my clothing inside the shower and Dexter coming out in nothing but his boxers and taken back to his cell in nothing but his boxers

on, going inside his cell, Y2-109 low, being put on strip. Dexter told Officer Plamer this is cruel and unusual punishment and is inhumane to mankind. Dexter's Tenth Amendment rights have been violated! "The Bill of Rights".

By Demetriee Lamont Dexter having asthma and needing medical attention for suffering Dexter is on Albuterol Sulfate inhalation aerosol 90 mcg as needed every day. Dexter needed medical attention and did not receive any at all from Medical.

**Claim Two**: On May 25, 2023, at approximately 1:00p.m. Demetriee L. Dexter #S00166 Mental Health Counsel Mr. N. Brandt came to inmate Demetriee L. Dexter D.C.#S00166 to counsel with him and told Dexter he would be pulling Dexter out to be seen concerning the Emergency nature informal grievance Dexter wrote on Mental Health. At that time, Dexter's roommate asked to speak with him, and started cutting himself across the arm with a sharp object that looked like a razor. The Mental Health counsel asked Terry Lang D.C. # 185131, "What is that you're cutting yourself with? At that time, inmate Terry Lang put the object back up to the window for the mental Health Counsel, Mr. N. Brandt, to see it better. The "razor" then the mental health counsel walked away from the cell door Y2-109 and went to another cell Y2-113 to counsel with another inmate. To which he was supposed to come back. Security then Officer Palmer and Officer Larry came to Dexter's cell door and seen all the blood on the cell window. Officer Plamer asked Dexter what's all this, ya'll in there fighting, and Dexter's roommate stated know I'm feeling homicidal and suicidal and I feel like killing myself! At that time, Officer Plamer sprayed Dexter Demetriee and his roommate, Terry Lang, with two cans of "chemical agent" (mace) Dexter needed medical attention because he has had chronic asthma all his life and told Office Plamer that he needed to be seen by medical because I'm having problems breathing and did not receive any medical treatment and was told receive any medical treatment and was told by Officer Plamer, "well nigga die"!, and was taken out of the shower and taken back to his cell inside his boxers and put on strip. Sleeping on a steel bunk for four days in nothing but boxers and the A/C up high walking on the cold floor with no socks on barefoot needing medical attention is also cruel and unusual punishment. Demetriee L. Dexter D.C. #S00166 went through pain and suffering as well as needed medical attention and did not receive any. This violated Demetriee Dexter's 8th and 14th Amendment Rights and medical for not documenting the incident of Demetriee Dexter being sprayed with "Mace". The camera will show inmate Terry Lang receiving medical attention from being sprayed with

"mace" by medical in the hallway and Dexter still inside the shower and did not receive no medical attention from being sprayed with Mace and needing medical help!

**Claim Three:** When Demetriee L. Dexter, D.C. #S00166 got sprayed with chemical agents (Mace) on 5/25/23 time 1:00 to 2:13 p.m. Demetriee Dexter D.C.#S00166 did not receive any medical treatment at all. The camera will show Dexter in pain and suffering, being taken to the shower to get the chemical agents (Mace) off of his body and out of his eyes, mouth, and nose. Dexter was needing medical attention and received none. Demetriee L. Dexter has had asthma all his life and it is noted in his medical record. Furthermore, he takes Albuterol Sulfate inhalation aerosol 90 mcg as needed or every day. The camera will show Dexter needing medical attention and did not receive any medical treatment from medical. Dexter was in great pain and was suffering, needing medical attention and was given none at all!

Demetriee L. Dexter D.C. #S00166 - Tenth Amendment Rights have been violated by pain and suffering.

**VII.   RELIEF REQUESTED:**

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/statutes.

I would like to sue each individual capacity $100,000.00, peace for my pain and suffering! And the Medical Department I would like to sue them for $200,000.00 and GEO Group, Inc., and Mental Health I would like to sue them for $300,000.00 for my pain and suffering! and cruel and unusual punishment, that is inhumane to mankind! and for violating Dexter's Tenth Amendment under cruel and unusual punishment. Dexter's 8th and 14th Amendments right have been violated under law, Civil Law.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

7-15-23
(Date)

Demetrice Dexter S00166
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I DECLARE (certify, verify, or affirm) under penalty of perjury that this complaint was (check one):

☑ delivered to prison officials for mailing; or ☐ deposited in the prison's internal mail system on:

This 15 day of July , 2023.

Demetrice Dexter S00166
(Signature of Plaintiff)

*Informal Grievance of cruel and unusual ~~~~~ Punishment.* 185-2305-0174

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

13H R MUCT

| TO: (Check One) | ☒ Warden <br> ☐ Asst. Warden | ☐ Classification <br> ☐ Security | ☐ Medical <br> ☐ Mental Health | ☐ Dental <br> ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name: Demetrice Dexter | DC Number: S00166 | Quarters: Y2-109L | Job Assignment: — | Date: 5-28-23 |
|---|---|---|---|---|---|

**REQUEST**                                   Check here if this is an informal grievance ☒

DATE 5-25-23 Demetrice L. Dexter D.C.# S00166 Tenth Amendment was Violated, at 1:00 P.M. too 2:13 P.M. Under cruel and Unusual Punishment inflicted on Me, that cause Me to go throught Pain And Suffering, By being forced to sleep on A steel Bunk in confinement Y2-109 Low without A Mattress are sheet's in Nothing but A Paire of Boxers on, and Bare foot walking back and forth on the cold floor trying to Keep warm by force with the A.C. up High suffering For three day's and I was sprayed with "Chemical "Agent's"—"Mace" And put into the shower to take a cold shower to get the cheical Agent's off My face and Body, I'm calling the Camera As My Witness the camera will show, see Att-

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing. Attachment's

Inmate (Signature): Demetrice Dexter     DC#: S00166

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                               DATE RECEIVED: MAY 30 2023

Your grievance was reviewed with the following response; your grievance is being returned per chapter 33-103.014(1)(a) and cannot be used to advance to the formal level of the grievance process. ~~Be advised, your grievance addresses more than one issue or complaint.~~ If you are within the allowable timeframes per policy, you can correct your error and resubmit your informal grievance.

[The following pertains to informal grievances only:
Based on the above information, your grievance is RETU~~NED~~ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): A. Smith    Official (Signature): A-    Date: 6-7-23

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)    Incorporated by Reference in Rule 33-103.005, F.A.C.

3- Copy Kept

# STATE OF FLORIDA
# DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

185-2306-0061

Mail Number: _____
Team Number: _____
Institution: _____

TO: (Check One)
- [ ] Warden
- [ ] Asst. Warden
- [ ] Classification
- [ ] Security
- [ ] Medical
- [x] Mental Health
- [ ] Dental
- [ ] Other  7M  M(?)

FROM:
Inmate Name: Demetrice Dexter
DC Number: 300166
Quarters: [redacted]
Job Assignment: —
Date: 6-12-23

REQUEST  LOG # 185-2305-0174  Check here if this is an informal grievance [x]

Resubmiting Informal Grievance on Mental Health of Cruel and Unusual Punishment, Dexter Mental Health councler Mr. N. Brandt. Put Demetrice Dexter Life in Danger on 5-25-23 came to Dexter Cell Time at 1:00 P.M. Mr. N. Brandt came to see Dexter in confinement to councle with Dexter and Dexter Room Mate started cuting hisself in front of Mr. N. Brandt, Mr. N. Brandt Just walked away from Dexter Cell Door 4-2-109 I'm calling the camera as my witness, He aint make no incident report are nothing, I'm calling the camera as my witness at 1:00 P.M. Too 2:13 P.M. The camera will show all this. Dexter life in Danger

Inmate (Signature): Demetrice L Dexter   DC#: 300166

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** Your Informal Grievance has been reviewed and the following response provided:

DATE RECEIVED: JUN 1 2 2023
BY: _____

Review of your medical record shows the evaluation on 5-25-23 was appropriate by the Mental Health counselor and according to FLDOC policy.

Grievance Denied

Based on the above information, your grievance is _Denied_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): D. McGowan
Health Services Administrator
BRCRF

Official (Signature): [signature]
Date: 6-22-23

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)
Incorporated by Reference in Rule 33-103.005, F.A.C.

3- Copy Kept

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

185-2306-0061

Mail Number: _____
Team Number: _____
Institution: _____

7M MO

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☒ Mental Health | ☐ Dental ☐ Other _____ |

| FROM: | Inmate Name: Demetrice Dexter | DC Number: 300166 | Quarters: | Job Assignment: | Date: 6-12-23 |

REQUEST LOG # 185-2305-0174  Check here if this is an informal grievance ☒

Resubmiting Informal Grievance on Mental Health of CRUEl and UNUSUAL punishment, Dexter Mental Health counclER Mr. N. Brandt, put Demetrice Dexter Life iN Danger oN 5-25-23 came to Dexter cell Time at 1:00 p.m. Mr. N. Brandt came to see Dexter iN confinement to councle with Dexter and Dexter Room Mate started cuting hisself iN front of Mr. N. Brandt, Mr. N. Brandt Just walked away from Dexter cell Door 4-2-109 I'm calling the camera as my witness, He aint MAKe No INcident report are Nothing, I'm calling the camera as my witness at 1:00 p.m. Too 2:13 P.M. The camera will show all this. Dexter life iN Danger

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Demetrice D Dexter   DC#: 300166

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE** Your Informal Grievance has been reviewed and the following response provided:

DATE RECEIVED: JUN 1 2 2023
BY: _____

Review of your medical record shows the evaluation on 5-25-23 was appropriate by the Mental Health counselor and according to FLDOC policy.

Grievance Denied

[The following pertains to informal grievances only:]
Based on the above information, your grievance is __Denied__. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): D. McGowan
Health Services Administrator
BRCRF

Official (Signature): _____   Date: 6-22-23

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# FLORIDA DEPARTMENT OF CORRECTIONS
## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

2306-195-090

7M 7b

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☒ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Dexter, Demetrice L.    S00166    Blackwater C.I.
Last   First   Middle Initial    DC Number    Institution

**Part A – Inmate Grievance**

Formal Grievance

Demetrice L. Dexter D.C.# S00166 is writeing this Formal Grievance on Mr. N. Brandt the Mental health councle of cruel and unusual punishment Please See Informal Grievance Log # 185-2306-0061. Date Received Jun 12, 23

THE Evaluation on 5-25-23 was Not right at all. Any inmate who has demonstrated behavior that is or could be harmful to himself or herself shall be designated as a special risk inmate. When a inmate exhibits bizarre, mentally disordered or self-destructive behavior, the medical department shall be immediately contacted to determine if special watch or suicide watch procedures shall be initiated suicidle inmates shall be removed to a designated area where a correctional officer or health care staff can provide observation. When My Roommate Terry Lang Started cuting hisself in front of Mr. N. Brandt, Did Not try to contact No one at all and I'm calling the camera as My witness Date 5-25-23 - Time: 1:00 p.m. to 2:13 p.m. and know Incident report was written I'm asking that this be put into Mr. N. Brandt File's of Not doing his Job as a Mental health councle. Please See Attachment of Informal Grievance

5-28-23
DATE

Demetrice Dexter S00166
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  ___#___  _____Signature_____

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: _____
                          (Date)
                                                                          _____
                                                                          (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY        CENTRAL OFFICE
                INMATE (2 Copies)            INMATE
JUN 29 2023     INMATE'S FILE                INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                             CENTRAL OFFICE GRIEVANCE FILE
DC1-303 (Effective 11/13)       Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| DEXTER, DEMETRIE | S00166 | 2306-185-090 | BLACKWATER C.F. | Y1219L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MY VIOLATE STATE AND FEDERAL LAW.

Your grievance was received, reviewed and evaluated with the following response;

Review finds that the attached response to informal grievance number 185-2306-0061 was appropriate. Be advised, it is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing; including specialty consults, medication prescriptions, diagnostic testing, shoes or passes. If you want/need to be re-evaluated, access sick call so that you may present your concerns to your health care staff.

Therefore, based on the above information, your grievance is denied.

You may obtain further administrative review of your complaint by obtaining Form DC1-303, completing the form, providing attachments as required by Chapter 33-103.007, and forwarding to the Bureau of Policy Management and Appeals, 501 South Calhoun St. Tallahassee, FL 32399-2500.

Dr. L. Berrios, CHO    L.Berrios, MD    G. English, Warden
SMD
BRCRF

ACTING WARDEN

7-12-23
DATE

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

MAILED
7-13-23

**MAILED/FILED WITH AGENCY CLERK**
**JUN 3 0 2023**
Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| DEXTER, DEMETRIE | S00166 | 23-6-19768 | BLACKWATER C.F. | Y1219L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed, and evaluated.

Your request for protection and subsequent investigation has been reviewed by this office. We uphold the Institutional Classification Team and State Classification Officer decision to deny you protective custody at this time. You have provided no substantial evidence to show a need for special protective measures above and beyond our normal security operations.

Based on the foregoing information, your appeal is denied.

Z. Culpepper

_____    _Z. Culpepper_ (signature)    6-27-23
SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING    SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE    DATE

Date: 6-20-23                                                                pg. _____ of _____

## Continuation of ~~Formal~~ Appeal Grievance

THE (I.C.T.) Approved Dexter for Transfer stateing THEY HAVE ON Camera, THE Blood's, RANDY Allen and his Brother Approching Dexter in A Aggrsive Manner ON Camera, THE (I.C.T.) Seen ON Camera inside the dorm that Dexter life was iN Danger and Recommend Dexter for Transfer, THE (I.C.T.) based ON the iNformation seen that Dexter Demetrice D.C.# S00166 is Telling the Truth. ON THE iNformed iNformation Dexter Really do Needs help, his life is iN Danger Here at Black water C.I. of the Blood's UPON being informed of the decision By State Classification office ON 6-19.23 disapproval of Dexter Transfer, Put's Dexter life iN Danger Because the I.C.T. at this iNstitution Knows and have SeeN ON Camera that Dexter is haveing problem with the Blood's Gang Mumber and that there trying to Kill Dexter Demetrice Dexter is informing you, and Bring this to your attention, that Dexter life is iN Great Danger! THE State Classification office is iNdicating that Dexter Claims are uNTrue. Dexter Claims was Verified By I.C.T. using THE Camera inside the dorm and on a incident report, Statements and evidence. All documentation Provided is TRue. Demetrice L.Dexter D.C.# S00166 life is iN Great Danger. and Dexter is Bring this to the attention of the iNstitution THAT All documentation Provided of Dexter is Telling the Truth and this matter is A Serious matter Dexter is in fear for his life here at Black water Correctional iNstitution of Being killed here By the Blood. There Trying to Kill Dexter, please help me concerning this matter!

*Demetrice Dexter S00166*
Signature and DC #

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
JUN 26 2023
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Dexter / Demetrice / L. — DC Number: S00166 — Institution: Blackwater C.I.

23-6-19768

**Part A – Inmate Grievance**

Appeal Grievance   See: Attachment Appeal
Demetrice L. Dexter D.C.# S00166
INMATE Demetrice L. Dexter, Life is in Great danger Here at Black water River Correctional Rehabilitation Facility, of the Blood's Gang Mumber's that has been trying to stab Dexter up over a fight Dexter had at tommuca C.I. with some Blood's over a ounce of molly, THE Blood's at Tommuca C.I has been calling the Blood's cell phone here, Trying to get the Blood's here to Kill me over a fight at another institution So Randy Allen and his Brother's has been comeing to me talking about the fight and threating to Kill me, I wrote a incindent report and captain Spear's knows about this as well I'm not get Back on this come pound, My life is in Great Danger here at Blackwater C.I. My Family has been calling classification about this matter concerning my life being in danger and if anything happens to me at this institution I will be sueing the Department of Correction and My Lawyer will be up here, My life is in Danger here at Black water C.I. and I'm bring this Grievance of Appeal to your attention that Demetrice Dexter L.# S00166 Life is in Danger here and I'm in fear for my life, of being Killed By the Blood's Gang Mumber's

6-20-23
DATE

SIGNATURE OF GRIEVANT AND D.C. #
Demetrice Dexter S00166

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  # ___ Signature ___

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: JUN 21 2023 (Date)   Institutional Mailing Log #: 23-06-185-134

(Received By) 2a(185)

DISTRIBUTION:   INSTITUTION/FACILITY         CENTRAL OFFICE
                INMATE (2 Copies)            INMATE
                INMATE'S FILE                INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                             CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.




Demetrice L. Dexter D.o.c# S00166
1-209 Low Black water River
Correctional Facility Institution
5914 Jeff Ates Road Milton Florida
32583

United States courthouse
ONE NoRth PalaFox St
Pensacola Florida
32502

JUL 24 2023

Legal Mail

[Correctional and Rehabilitation Facility stamp] on _____ for mailing