UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEMETRICE L DEXTER,

    Plaintiff,

v.                                Case No. 3:23cv20449-LC-HTC

CAPTAIN A BURK,
et al.,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on August 28, 2023, (ECF No. 6), recommending dismissal based on Plaintiff's failure to truthfully disclose his litigation history. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2) 1915A(b)(1) as malicious and an abuse of the judicial process for failing to truthfully disclose his prior litigation history.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 28th day of September, 2023.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**